AMERICAN SUZUKI MOTOR CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT TO BE FILED UNDER SEAL.  PLEASE REFER TO SEPTEMBER 24, 2012 MOTION FOR LEAVE TO FILE UNDER SEAL.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By:  s/Robert H. Brunson
                    Stephen G. Morrison, Federal Bar No. 3583
                    E-Mail: steve.morrison@nelsonmullins.com
                    Steven A. McKelvey, Jr., Federal Bar No. 5407
                    E-Mail: steve.mckelvey@nelsonmullins.com
                    1320 Main Street / 17th Floor
                    Post Office Box 11070 (29211-1070)
                    Columbia, SC  29201
                    (803) 799-2000
                    Robert H. Brunson, Federal Bar No. 4971
                    E-Mail: robert.brunson@nelsonmullins.com
                    151 Meeting Street, Sixth Floor
                    Charleston, SC  29401-2239
                    (843) 853-5200
                    Paul T. Collins, Federal Bar No. 9055
                    E-Mail: paul.collins@nelsonmullins.com
                    1320 Main Street / 17th Floor
                    Post Office Box 11070 (29211-1070)
                    Columbia, SC  29201
                    (803) 799-2000

                Attorneys for Defendant American Suzuki Motor Corporation

Charleston, South Carolina

September 24, 2012